In the Matter of the Adoption of MARC YANOFSKY. GERALD S. SIGLE, Respondent; MICHAEL A. YANOFSKY, Appellant.—

Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.